FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 1 9 2025

KEVIN P. WEIMER, Clerk
By_____Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| INDIA JOHNSON, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| v. | ) | |
| | ) | **1:23-cv-03603-SEG** |
| JOHN DOE, ALI BORE, BORE | ) | |
| TRANSPORT, INC., ABSHIR BORE, | ) | |
| BORE EXPRESS, INC., AMGUARD | ) | |
| INSURANCE COMPANY, and | ) | |
| INFINITY SELECT INSURANCE | ) | |
| COMPANY, | ) | |
| | | |
| Defendants. | | |

---

### NOTICE OF MANUAL FILING

Please take notice that Plaintiff has manually filed the following document:

**Plaintiff's Certificate of Service of Plaintiff's Offer of Judgment to Defendant Amguard Insurance Company.**

This document was not filed electronically because Plaintiff is excused from filing this document or thing electronically by Court order because Plaintiff is a pro se Plaintiff.

The document has been manually served on all parties.

Respectfully submitted this 7th day of May, 2025.

_**India A. Johnson**_
Pro se Plaintiff

PO Box 592
Mableton, GA 30126
(770) 256-3851
Indiaj.dluxxam@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

INDIA JOHNSON,                          )
                                        )
                                        )
        Plaintiff,                      )
                                        )        CIVIL ACTION FILE NO.:
    v.                                  )
                                        )        **1:23-cv-03603-SEG**
JOHN DOE, ALI BORE, BORE               )
TRANSPORT, INC., ABSHIR BORE,          )
BORE EXPRESS, INC., AMGUARD            )
INSURANCE COMPANY, and                 )
INFINITY SELECT INSURANCE              )
COMPANY,                               )

## PLAINTIFF'S CERTIFICATE OF SERVICE

This is to certify that I have on this day served a copy of the foregoing

Plaintiff's Offer of Judgment to Defendant Amguard Insurance Company via First-

Class mail and email, to the following:

Phil Friduss, Esq.
Hall Booth Smith, P.C.
191 Peachtree Street NE, Suite 2900
Atlanta, GA 30303
PFriduss@hallboothsmith.com
*Attorney for Amguard Insurance Company*

This the 7ᵗʰ day of May 2025.

*(Signature on Following Page.)*

4

_**India A. Johnson**_
Pro se Plaintiff

PO Box 592
Mableton, GA 30126
(770) 256-3851
Indiaj.dluxxam@gmail.com

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 1 9 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| INDIA JOHNSON, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE NO.: |
| v. | ) | |
| | ) | **1:23-cv-03603-SEG** |
| JOHN DOE, ALI BORE, BORE | ) | |
| TRANSPORT, INC., ABSHIR BORE, | ) | |
| BORE EXPRESS, INC., AMGUARD | ) | |
| INSURANCE COMPANY, and | ) | |
| INFINITY SELECT INSURANCE | ) | |
| COMPANY, | ) | |
| | | |
| Defendants. | | |

---

## <u>NOTICE OF MANUAL FILING</u>

Please take notice that Plaintiff has manually filed the following document:

**Plaintiff's Certificate of Service of Plaintiff's Offer of Judgment to Defendant Amguard Insurance Company.**

This document was not filed electronically because Plaintiff is excused from filing this document or thing electronically by Court order because Plaintiff is a pro se Plaintiff.

The document has been manually served on all parties.

Respectfully submitted this 7<u>th</u> day of May, 2025.

6

_**India A. Johnson**_
Pro se Plaintiff

PO Box 592
Mableton, GA 30126
(770) 256-3851
Indiaj.dluxxam@gmail.com

7

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

INDIA JOHNSON,             )
                                 )
                                 )
      Plaintiff,          )
                                 )      CIVIL ACTION FILE NO.:
      v.                  )
                                 )      **1:23-cv-03603-SEG**
JOHN DOE, ALI BORE, BORE    )
TRANSPORT, INC., ABSHIR BORE, )
BORE EXPRESS, INC., AMGUARD  )
INSURANCE COMPANY, and      )
INFINITY SELECT INSURANCE    )
COMPANY,                     )

### PLAINTIFF'S CERTIFICATE OF SERVICE

       This is to certify that I have on this day served a copy of the foregoing

Plaintiff's Offer of Judgment to Defendant Amguard Insurance Company via First-

Class mail and email, to the following:

Phil Friduss, Esq.
Hall Booth Smith, P.C.
191 Peachtree Street NE, Suite 2900
Atlanta, GA 30303
PFriduss@hallboothsmith.com
*Attorney for Amguard Insurance Company*

       This the _7th_ day of May 2025.

                    *(Signature on Following Page.)*

4

*India A. Johnson*
Pro se Plaintiff

PO Box 592
Mableton, GA 30126
(770) 256-3851
Indiaj.dluxxam@gmail.com

India Johnson
770 256 3851
Indiaj.dluxxam@gmail.com

May 16, 2025

**VIA FIRST CLASS MAIL**
Clerk of Court
United States District Court of Georgia
Northern District of Georgia
United States Courthouse
75 Ted Turner Dr. SW
Atlanta, GA 30303

      Re:   **India Johnson v. John Doe et al.**
            **U.S. District Court of Georgia; CAFN: 1:23-cv-03603-SEG**

Dear Clerk:

      Enclosed please find an original and 1 copy of the following documents to be filed into the above referenced case:

      (1)    Plaintiff's Certificate of Service of Offer of Settlement to Defendant Amguard Insurance Company.

      Thank you in advance for your assistance.  Please stamped copy to me in the enclosed self-addressed stamped envelope.  Please do not hesitate to contact me if you have any questions.

                            Sincerely,

                            *India Johnson*

                            India Johnson
                            Pro se Plaintiff

Enclosure

India Johnson
PO Box 592
Mableton, Gt 30126



**CLEARED DATE**

MAY 1 9 2025

U.S. Marshals Service
Atlanta, GA 30303

Clerk of Court
United States District Court of Georgia
Northern District of Georgia
United States Courthouse
75 Ted Turner Dr. SW.
Atlanta, GA 30303