# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| INDIA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | FILE NO. 1:23-cv-03603-SEG |
| v. ) | |
| ) | [On removal from the State |
| JOHN DOE, ALI BORE, BORE ) | Court of Fulton County, |
| TRANSPORT, INC., ABSHIR BORE, ) | Georgia, Civil Action |
| BORE EXPRESS, INC., AMGUARD ) | File No. 23EV001627] |
| INSURANCE COMPANY, and ) | |
| INFINITY SELECT INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

## CONSENT STIPULATION OF DISMISSAL WITH PREJUDICE
## OF INFINITY SELECT INSURANCE COMPANY

COME NOW Plaintiff India Johnson, and Defendants Infinity Select Insurance Company and AmGuard Insurance Company,[1] and, by and through their respective counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of Infinity Select Insurance Company with prejudice.

---

[1] The remaining defendants have not entered an appearance in this action and, therefore, are not included in this stipulation. Fed. R. Civ. P. 41(a)(1)(A)(ii); City of Jacksonville v. Jacksonville Hospitality Holdings, L.P., 82 F.4th 1031 (11th Cir. 2023).

This 19th day of August, 2025.

                                            /s/ *India A. Johnson*
                                            India A. Johnson
                                            ***Pro se* Plaintiff**
                                            *Signed with express permission*

P.O. Box 592
Mableton, Georgia 30126
(770) 256-3851
Indiaj.dluxxam@gmail.com

                                            **MARSH, ATKINSON, & BRANTLEY, LLC**

                                            /s/ *Lauren D. Woodrick*
                                            Lee Clayton
                                            Georgia State Bar No. 601004
                                            Lauren D. Woodrick
                                            Georgia State Bar No. 324394
                                            ***Attorneys for Infinity Select Insurance Company***

271 17th Street NW , Suite 1600
Atlanta, Georgia 30363
Phone:  (404) 282-5050
Fax:  (404) 282-3030
lee.clayton@mablawfirm.com
lauren.woodrick@mablawfirm.com

                                            **HALL BOOTH SMITH, P.C.**

                                            /s/ *Phillip E. Friduss*
                                            Phillip E. Friduss
                                            Georgia State Bar No. 277220
                                            ***Attorney for Amguard Insurance Company***
                                            *Signed with express permission*

191 Peachtree Street, N.E., Suite 2900
Atlanta, Georgia 30303-1755
Phone:  (404) 954-5000
Fax:  (404) 954-5020
pfriduss@hallboothsmith.com

## CERTIFICATE OF SERVICE

I certify that on this day I served a copy of **CONSENT STIPULATION OF DISMISSAL WITH PREJUDICE OF INFINITY SELECT INSURANCE COMPANY** were served by electronic mail and U.S. Mail to:

India A. Johnson
PO Box 592
Mableton, GA  30126
Indiaj20@yahoo.com
Indiaj.dluxxam@gmail.com

And also via CM/ECF to:

Phillip E. Friduss
191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303-1755
pfriduss@hallboothsmith.com
*Counsel for Amguard Insurance Company*

This 19th day of August, 2025.

**MARSH, ATKINSON, & BRANTLEY, LLC**

*/s/ Lauren D. Woodrick*
Lee Clayton
Georgia State Bar No. 601004
Lauren D. Woodrick
Georgia State Bar No. 324394
***Attorneys for Infinity Select Insurance Company***

271 17th Street NW
Suite 1600
Atlanta, Georgia 30363
Phone:  (404) 282-5050

- 4 -

Fax: (404) 282-3030
lee.clayton@mablawfirm.com
lauren.woodrick@mablawfirm.com